**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X   Third       Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐   _____    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Horace Forbes         JOINT DEBTOR: _____           CASE NO.: 13-24912 RAM
Last Four Digits of SS#  9604        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $  3095.24  for months    1    to _____;
   B.   $   556.53  for months    2    to  59  ;
   C.   $  2174.93  for months   60    to _____; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $____0____  TOTAL PAID $____0____
                    Balance Due   $_____ payable $_____/month (Months ____ to ____)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Star Lakes Condo Association          Arrearage on Petition Date  $ 22,833.11
Address: c/o Mirza Basulto and Robbins   Arrears Payment   $  2650    /month (Months  1  to ____)
         14160 NW 77 Court Suite 22      Regular Payment   $  163.86  /month (Months  1  to 60 )
         Hialeah, FL 33016               Arrears Payment   $  342.08  /month (Months  2  to 60 )
Account No:  Unit 916

2. _____               Arrearage on Petition Date  $ _____
Address: _____         Arrears Payment   $ _____ /month (Months ___ to ___)
         _____         Regular Payment   $ _____ /month (Months ___ to ___)
Account No: _____

3. _____               Arrearage on Petition Date  $ _____
Address: _____         Arrears Payment   $ _____ /month (Months ___ to ___)
         _____         Regular Payment   $ _____ /month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | % |  | ____ To ____ |  |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $ _____
                             Payable    $ _____/month (Months ___ to ___) Regular Payment $ _____
2. _____   Total Due  $ _____
                             Payable    $ _____/month (Months ___ to ___) Regular Payment $ _____

<u>Unsecured Creditors</u>:  Pay $  1471.27  /month (Months  60  to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/    Horace R. Forbes                       _____
Debtor                                        Joint Debtor
Date:  January 3, 2014                        Date: _____

LF-31 (rev. 01/08/10)