**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X  Fourth       Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐  _____   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Horace Forbes          JOINT DEBTOR: _____          CASE NO.: 13-24912 RAM
Last Four Digits of SS# 9604   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $ 3095.24   for months   1   to _____;
  B.  $  556.67   for months   2   to 59 ;
  C.  $ 2175.07   for months  60   to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $    0    TOTAL PAID $    0
             Balance Due    $_____ payable $_____/month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Star Lakes Condo Association        Arrearage on Petition Date  $ 22,840.72
Address: c/o Mirza Basulto and Robbins   Arrears Payment   $ 2650    /month (Months 1  to ___)
       14160 NW 77 Court Suite 22       Regular Payment   $ 163.86  /month (Months 1  to 60)
       Hialeah, FL 33016                Arrears Payment   $ 342.21  /month (Months 2  to 60)
Account No: Unit 916

2. _____                           Arrearage on Petition Date  $_____
Address: _____                     Arrears Payment   $_____/month (Months ___ to ___)
                                       Regular Payment   $_____/month (Months ___ to ___)
Account No: _____

3. _____                           Arrearage on Petition Date  $_____
Address: _____                     Arrears Payment   $_____/month (Months ___ to ___)
                                       Regular Payment   $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | % |  | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____                Total Due  $_____
                            Payable    $_____/month (Months ___ to ___) Regular Payment $_____
2. _____                Total Due  $_____
                            Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 1471.27    /month (Months  60   to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/   Horace R. Forbes
Debtor                                  Joint Debtor
Date: January 30, 2014                  Date: _____

LF-31 (rev. 01/08/10)