UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Horace R. Forbes                           Case No:   13-24912
                                                   Chapter 13

_____Debtor_____/

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

Pursuant to Local Rule 9013-1, debtor Horace Forbes moves the Court to modify his Chapter 13 Plan, and in support of the motion states:

1. Debtor is behind in payments on his Chapter 13 Plan because he had unexpected expenses. Debtor is now able to resume Plan payments.

2.. Debtor's modified Plan will cure prepetition arrearages and post confirmation delinquency.

3. Debtor has uploaded his proposed modified Plan.

                            Respectfully submitted,
                            LEGAL SERVICES OF GREATER
                            MIAMI, INC.

                            By _____/s/_____
                                Carolina A. Lombardi
                                Florida Bar No.  241970
                                Attorney for Debtor
                                3000 Biscayne Boulevard, Suite 500
                                Miami, FL 33137
                                Telephone: (305) 438-2427
                                Facsimile: (305) 573-5800
                                Primary Email: Clombardi@lsgmi.org
                                Secondary Email: Ozaribaf@lsgmi.org