# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐   First          Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Horace Forbes          JOINT DEBTOR: _____          CASE NO.: 13-24912 RAM
Last Four Digits of SS# 9604     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $ 518.63  for months   1   to   21  ;
    B.   $ 943.73  for months  22  to   59  ;
    C.   $ 2562.06 for months  60  to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $     0     TOTAL PAID $    0
                     Balance Due   $_____ payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  Star Lakes Condo Association      Arrearage on Petition Date  $ 22,840.72
Address: c/o Mirza Basulto and Robbins   Arrears Payment    $ 319.22  /month (Months  1  to  21 )
       14160 NW 77 Court Suite 22           Regular Payment   $ 152.85  /month (Months  1  to  21 )
       Hialeah, FL 33016                    Arrears Payment   $ 413.77  /month (Months  22 to  60 )
Account No: Unit 916                     Regular Payment   $ 444.17  /month (Months  22 to  60 )

2. _____        Arrearage on Petition Date  $_____
Address: _____      Arrears Payment   $_____/month (Months ____ to ____)
       _____               Regular Payment   $_____/month (Months ____ to ____)
Account No: _____

3. _____        Arrearage on Petition Date  $_____
Address: _____      Arrears Payment   $_____/month (Months ____ to ____)
       _____               Regular Payment   $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | % |  | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due  $_____
                        Payable    $_____/month (Months ____ to ____) Regular Payment $_____
2. _____  Total Due  $_____
                        Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $  1471.27  /month (Months  60  to _____ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/   Horace R. Forbes                          _____
Debtor                                          Joint Debtor
Date:  February 16, 2015                        Date: _____

LF-31 (rev. 01/08/10)