**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:  Horace R. Forbes | Case No:  13-24912 |
| | Chapter 13 |
| _____Debtor_____/ | |

**SUGGESTION OF DEATH**

    Pursuant to Bankruptcy Rule 1016, counsel notifies the Court that Debtor Horace R. Forbes died on August 17, 2017.

Dated this February 8, 2018.    LEGAL SERVICES OF GREATER
                                                     MIAMI, INC.

By _____/s/_____
Carolina A. Lombardi
Florida Bar No.  241970
Attorney for Debtor
4343 West Flagler Street Suite 100
Miami, FL 33134
Telephone and Facsimile: (305) 438-2427
Email: CLombardi@legalservicesmiami.org
Alt: SFreire@legalservicesmiami.org