**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  Horace R. Forbes                                    Case No:   13-24912
                                                                              Chapter 13


_____Debtor_____/

## MOTION TO WITHDRAW


Pursuant to Local Rule 2091-1, Carolina A. Lombardi and Legal Services of Greater Miami, Inc. move to withdraw as counsel in this Chapter 13 case and state:

1.      This Chapter 13 case was filed because Debtor's condominium was in foreclosure and Debtor's confirmed Plan provided for payment of condominium arrears and ongoing regular payments.

2.      Debtor Horace Forbes had an interest in the condominium via a life estate and it was his homestead.

3.      Counsel filed a Suggestion of Death for debtor Horace R. Forbes [DE 84].

4.      On his death, the condominium descended to three remaindermen.

5.      On information and belief the condominium is not occupied at this time.

6.      On information and belief the three remaindermen may have an interest in continuing the with the Chapter 13 Plan pursuant to Federal Bankruptcy Rule 1016.

7.      The three remaindermen do not meet the criteria for representation by counsel and Legal Services of Greater Miami, Inc.

8.      Counsel moves that she and Legal Services of Greater Miami be allowed ith withdraw as counsel.

Dated February 8, 2018.

Respectfully submitted,

LEGAL SERVICES OF GREATER
MIAMI, INC.

By    /s/ Carolina A. Lombardi
     Carolina A. Lombardi
     Florida Bar No.  241970
     Attorney for Debtor
     4343 West Flagler Street, Suite #100
     Miami, FL 33134
     Phone and Facsimile: (305) 438-2427
     Email: CLombardi@legalservicesmiami.org
     Alt: SFreire@legalservicesmiami.org