

ORDERED in the Southern District of Florida on April 3, 2018.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Horace R. Forbes                      Case No:   13-24912
                                              Chapter 13

_____Debtor_____/

### ORDER ON DEBTOR'S COUNSEL'S MOTION TO WITHDRAW

On March 20, 2018, the court conducted a hearing on Debtor's Counsel's Motion to Withdraw as attorney for Debtor Horace Forbes. (DE85) The Trustee and Debtor's counsel were present. The Court granted the Motion and accordingly it is ORDERED AS FOLLOWS:

1. Carolina A. Lombardi and Legal Services of Greater Miami, Inc. are allowed to withdraw as counsel for Debtor Horace Forbes.

2. Any of Debtor's interested family members with potential ownership interest of Debtor's condominium are allowed to complete the Plan. Interested family members have been identified as:

> Denise and Howard Katz
> 10300 Lexington Estates Boulevard
> Boca Raton, FL 33428

      Ena Pederson
      31859 Shawn Drive
      Warren, MI 48088

      Kathleen Depass
      31 Christie Bay
      Brandon
      MB R7B 2J7, Canada

      Myrtle Heffes
      PO Box 880107
      Boca Raton, FL 33428

3.    Carolina A. Lombardi is directed to send a copy of this signed Order to all indentifiable family members of the Debtor with a cover letter explaining their options and send a copy the letter to the Trustee.

# # #

Submitted by:
Carolina A. Lombardi, Attorney
Florida Bar No.  241970
4343 West Flagler Street Suite 100
Miami, FL 33134
Telephone and Facsimile: (305) 438-2427
Email: CLombardi@legalservicesmiami.org
Alt: SFreire@legalservicesmiami.org

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).